■ In the Matter of STANLEY BRIEDMAN, an Attorney. — Motion for reargument granted only to the extent of amending the opinion *Per Curiam* filed with this court's order entered on June 28, 1984 (102 AD2d 427) by substituting the year "1961"

for "1971" in the opening words of the second paragraph on page one of said *Per Curiam.* Concur — Murphy, P. J., Ross, Bloom, Fein and Kassal, JJ.